July 26, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

EARL BRYAN WILSON AND CHEATWOOD ELECTRIC A/K/A/ C M
CHEATWOOD ELECTRIC A/K/A CMC ELECTRIC, Appellants

NO. 14-10-00598-CV                            V.

KELLIE MARTINEZ, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, KELLIE MARTINEZ, signed June 3, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the trial court **AFFIRMED**.

We order appellants, EARL BRYAN WILSON AND CHEATWOOD ELECTRIC A/K/A/ C M CHEATWOOD ELECTRIC A/K/A CMC ELECTRIC, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.